## S99A0758. MOON v. MOON et al.
(524 SE2d 219)

*All the Justices concur, except Carley, J., who dissents.*

CARLEY, Justice, dissenting.

Because the record clearly shows that parental fitness was not a contested issue below, this case is ripe for decision. I therefore dissent to the majority's remand for the purpose of addressing the previously unchallenged issue of parental fitness.

---

DECIDED NOVEMBER 15, 1999.

*Howard G. Sokol, Vicky O. Kimbrell, Phyllis J. Holmen, Lisa J. Krisher,* for appellant.

*Martin L. Fierman, Alan W. Thrower, Kutner & Bloom, Jean M. Kutner,* for appellees.

*David A. Webster, Bondurant, Mixson & Elmore, Lynn M. Adam, Thurbert E. Baker, Attorney General, William C. Joy, Senior Assistant Attorney General, Shalen A. Sgrosso, Assistant Attorney General,* amici curiae.